Class Action Complaint
*Mack v. DJSP, et al.*

# EXHIBIT A



900 S. Pine Island Road, Suite 400, Plantation, FL 33324
Phone: (954) 233-8000

To:    Affected Employees

From:  David J. Stern

Date:  October 21, 2010

Re:    Reduction in Force

Dear Employee,

As you are likely aware, the recent turbulence in the mortgage industry has had a profound impact on our business. The referral of new business has decreased by over 75 percent in the last six months. While we are doing everything possible to guide the company successfully through these difficult times, it is unclear what the business will look like in the near future.

Due to the loss in business, we regret to inform you that we are laying-off a substantial amount of our staff across the company and you have been selected to be part of the cutbacks. I would like to personally thank you for your hard work and dedication during your employment.

Sincerely,

*David Stern*

CEO, DJSP Enterprises

11/12/2010  01:12   3054748269   OFFICEDEPOT2607   PAGE 02/09