# EXHIBIT B

**Dear Employee,**

As you are likely aware, recent turbulence in the mortgage industry has had a profound impact on our business. The referral of new business has decreased by over 90 percent in the last six months. This week Fannie Mae and Freddie Mac announced that they will no longer be utilizing our services. While we are doing everything possible to guide the company successfully through these difficult times, these developments mandate that we take immediate action to align the business with current realities.

It is with a heavy heart that I must announce that due to the loss in business, we regret to inform you that we are laying-off roughly 70% of our staff across the company and you have been selected to be part of the cutbacks.

Regretfully, due to how significant these cutbacks must be, many top performing, tenured, and hard working people will be affected. This is not a reflection upon the quality of any one individuals work rather, it is a direct response to the significant decline in business.

I would like to personally thank you for your hard work and dedication during your employment.

There are some instructions for you below regarding collecting your person effects and some paper work you will need prior to leaving.

Sincerely,

David J. Stern